UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: AMY ELIZABETH BARNES, | { | CHAPTER 13 |
| | { | |
| | { | |
| DEBTOR(S) | { | CASE NO. A20-61126-SMS |
| | { | |
| | { | JUDGE SIGLER |

**OBJECTION TO CONFIRMATION**

     COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

     1.  The Debtor(s)' payments under the proposed plan are not current.

     2.  The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (76 months).

     3.  The Debtor has failed to file tax returns with the tax authorities for the four (4) year period prior to filing in violation of 11 U.S.C. Section 1308.

     4.  The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

     5.  Pursuant to information received from the Internal Revenue Service, 2016, 2017 and 2018 tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

     6.  Pursuant to the proposed plan, the Debtor has a domestic support obligation.  Prior to confirmation the Debtor must provide to the Trustee evidence that all payments that have come due since the filing of the petition have been maintained.  11 U.S.C. Section 1325(a)(8).

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

      7.  The Debtor(s) has failed to provide adequate notice to Laura & William Barnes, in violation of 11 U.S.C. Section 342.

      WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

      March 4, 2020

                                                 _____/s/_____
                                                 Albert C. Guthrie, Attorney
                                                 for Chapter 13 Trustee
                                                 GA Bar No. 142399

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

A20-61126-SMS

**CERTIFICATE OF SERVICE**

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

AMY ELIZABETH BARNES
886 WANDA CIRCLE, SW
MARIETTA, GA 30008

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

EISENBERG LAW, LLC

This 4th day of March 2020

           /s/
Albert C. Guthrie, Attorney
for Chapter 13 Trustee
GA Bar No. 142399

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com