**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)

**Amy Elizabeth Barnes**

Case No.: **20−61126−sms**

Chapter: **13**

### NOTICE TO DEBTOR
### THAT COURSE ON FINANCIAL MANAGEMENT
### IS REQUIRED TO RECEIVE DISCHARGE

    Upon review of the docket in the above−styled case, it appears that Debtor or Debtors (hereinafter "Debtor") has not filed Form 423 (Certification About a Financial Management Course) showing that Debtor has completed the personal financial management course or is exempt. Sections 727(a)(11), 1141(d)(3)(C), and 1328(g) of Title 11, U.S.Code, require an individual debtor in a Chapter 7, 11, or 13 case to complete an instructional course on personal financial management after filing the case unless Debtor obtains an order granting an applicable exemption provided by §109(h)(4). **To comply with the course requirement, a debtor must timely file Form 423 with the Clerk's office.** *See* Bankruptcy Rule 1007(b) and (c) and Official Form 423 (12/15). Failure to timely file Form 423 may result in the case being closed without Debtor receiving a discharge.

    A **Chapter 7** debtor must file Form 423 within 60 days after the first date set for the meeting of creditors. **Chapter 11 and 13** debtors must file Form 423 no later than the date the last payment is made as required by the plan or the date a motion for entry of discharge is filed. If Debtor subsequently files a motion to reopen the case in order to file Form 423, Debtor must pay the appropriate fee to reopen the case. **THIS NOTICE WILL BE THE ONLY REMINDER ABOUT THE COURSE REQUIREMENT.**

    This Notice will be served upon the Debtor, counsel for Debtor, and the Trustee.

Dated: April 14, 2020

**\*\* Mailing Address**
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 417 (Effective 12/01/2015)

United States Bankruptcy Court
Northern District of Georgia

In re:  
Amy Elizabeth Barnes  
    Debtor

Case No. 20-61126-sms  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113E-9    User: admin    Page 1 of 1    Date Rcvd: Apr 14, 2020  
                            Form ID: 417    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.  
db          +Amy Elizabeth Barnes,   886 Wanda Circle SW,   Marietta, GA 30008-4504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:  
          Mary Ida Townson    courtdailysummary@atlch13tt.com  
          Shawn J. Eisenberg   on behalf of Debtor Amy Elizabeth Barnes eisenlawfirm@gmail.com  
                                                                                                TOTAL: 2