IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: AMY ELIZABETH BARNES | : | CHAPTER 13 |
| | : | |
| Debtor, | : | CASE NO.: 20-61126-SMS |
| | : | |
| AMY ELIZABETH BARNES | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| INTERNAL REVENUE SERVICE | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 13 OF THE |
| | : | BANKRUPTCY CODE |
| Respondent. | : | |

**NOTICE RESCHEDULING HEARING**

**PLEASE TAKE NOTICE** that AMY ELIZABETH BARNES, Debtor/Movant filed an Objection to Filed Proof of Claim (Doc. No. 25) and related papers with the Court seeking an order Disallowing the Claim of the Internal Revenue Service, filed on or about February 11, 2020 in the amount of $12,072.02.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Objection to Filed Proof of Claim in *Courtroom 1201 of the United States Courthouse, Federal Building, 75 Ted Turner Dr. SW, Atlanta, GA 30303 at 10:00 A.M., on September 1, 2020*.

**\*Given the current public health crisis, hearings mat be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB website prior to the hearing for instructions on whether to appear in person or by phone.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340,

75 Ted Turner Dr. SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: July 28, 2020


/s/_____
Shawn Eisenberg
Georgia Bar # 128077
Eisenberg Law, LLC
P. O. Box 683153
Marietta, GA 30068
Tel. (404)997-3732

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: AMY ELIZABETH BARNES | : | CHAPTER 13 |
| Debtor, | : | CASE NO.: 20-61126-SMS |
| AMY ELIZABETH BARNES | : | |
| Movant, | : | |
| v. | : | |
| INTERNAL REVENUE SERVICE | : | IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing **OBJECTION TO FILED PROOF OF CLAIM and NOTICE OF HEARING** in the above styled case by depositing same in the United States Mail with adequate postage affixed thereto to ensure delivery addressed as follows:

Mary Ida Townson (served via ECF)
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Amy Elizabeth Barnes
886 Wanda Circle SW
Marietta, GA 30008

U.S. Trustee (served via ECF)
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

U.S. Department of Justice
United States Attorney's Office – NDGA
75 Ted Turner Drive, SW
600 Richard B. Russell Federal Building
Atlanta, Georgia 30303-3309

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
401 W PEACHTREE ST, NW
M/S 334-D
ATLANTA, GA 30308-3539
ATTN: ROBIN HARRIS

Department of Justice, Tax Division
Civil Trial Section, Southern Region
P. O. Box 14198
Ben Franklin Station
Washington, D. C. 20044

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Dated: July 28, 2020

/s/ _____
Shawn Eisenberg
Georgia Bar # 128077
Eisenberg Law, LLC
P. O. Box 683153
Marietta, GA 30068
Tel. (404)997-3732