# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| AMY ELIZABETH BARNES | { | CASE NO. 20-61126-SMS |
| | { | |
| DEBTOR | { | |

## DEBTOR'S NOTICE TO WITHDRAW DOCUMENT

COMES NOW Debtor and hereby withdraws the *Objection to Claim of Internal Revenue Service, Claim No. 2,* Docket Number 25 filed on June 16, 2020.

Respectfully submitted,

This 27th day of August, 2020.

_____/s/_____
Shawn J. Eisenberg
Attorney for Debtor
Georgia Bar No. 128077
Eisenberg Law, LLC
P. O. Box 683153
Marietta, GA 30068

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:                              {    CHAPTER 13
                                    {
AMY ELIZABETH BARNES                 {    CASE NO. 20-61126-SMS
                                    {
           DEBTOR                    {

## CERTIFICATE OF SERVICE

I, Shawn Eisenberg, attorney for Debtor, certify that the below listed parties and the attached service list have been served with a true and correct copy of the attached pleadings by placing a copy of same in a properly addressed envelope with adequate postage thereon and deposited in the United States Mail.

Mary Ida Townson (served via ECF)
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Amy Elizabeth Barnes
886 Wanda Circle SW
Marietta, GA 30008

U.S. Trustee (served via ECF)
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

U.S. Department of Justice
United States Attorney's Office – NDGA
75 Ted Turner Drive, SW
600 Richard B. Russell Federal Building
Atlanta, Georgia 30303-3309

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
401 W PEACHTREE ST, NW
M/S 334-D
ATLANTA, GA 30308-3539
ATTN: ROBIN HARRIS

Department of Justice, Tax Division
Civil Trial Section, Southern Region
P. O. Box 14198
Ben Franklin Station
Washington, D. C. 20044

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dated: August 27, 2020

                                          Respectfully Submitted,

                                               /s/
                                        Shawn J. Eisenberg
                                        Attorney for Debtor
                                        Georgia Bar No. 128077
                                        Eisenberg Law, LLC
                                        P. O. Box 683153
                                        Marietta, GA 30068