# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-61126-SMS |
| | ) | |
| AMY ELIZABETH BARNES | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## MOTION TO SUSPEND PLAN PAYMENTS FOR
## MARCH, APRIL AND MAY 2021

COMES NOW THE DEBTOR, AMY ELIZABETH BARNES, in the above-styled Chapter 13 case, by and through counsel, and files this "Motion to Suspend Plan Payments for March, April and May 2021" ("Motion"), showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 U.S.C. Section 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. Section 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on January 21, 2020 and Debtor's Chapter 13 Plan was confirmed by this Court on September 1, 2020.

5.

Since the filing of this case, Debtor has contracted COVID-19 and has been unable to work full time due to the continuing effects of COVID-19. Debtor requests the Court to suspend Debtor's monthly Chapter 13 payments for March, April and May 2021, with a matching reduction in Plan base. The suspension of payments will allow Debtor to return to work full time and catch up on her monthly obligations. Debtor will resume Chapter 13 plan payments in June 2021.

WHEREFORE, Debtor prays:

(a) That this Motion to be filed, read, and considered:

(b) That this Honorable Court grant this Motion; and,

(c) That this Honorable Court grant such further relief as it may deem just and proper.

Respectfully submitted,

_____/s/_____
Shawn J. Eisenberg
Attorney for Debtor
Georgia Bar No. 128077
Eisenberg Law, LLC
P. O. Box 683153
Marietta, GA 30068

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-61126-SMS |
| | ) | |
| AMY ELIZABETH BARNES | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that AMY ELIZABETH BARNES has filed a Motion to Suspend Plan Payments for March, April and May 2021 and related papers with the Court seeking an Order on the Motion to Suspend Plan Payments.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Suspend Plan Payments in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at 10:00 A.M. on March 30, 2021.

**\*Given the current public health crisis, hearings mat be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB website prior to the hearing for instructions on whether to appear in person or by phone.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

[DATE & SIGNATURE ON FOLLOWING PAGE]

Dated: February 18, 2021

/s/

Shawn J. Eisenberg
Attorney for Debtor
Georgia Bar No. 128077
Eisenberg Law, LLC
P. O. Box 683153
Marietta, GA 30068

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-61126-SMS |
| | ) | |
| AMY ELIZABETH BARNES | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing MOTION TO SUSPEND PLAN PAYMENTS FOR MARCH, APRIL AND MAY 2021 in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to ensure delivery addressed as follows:

I further certify that, by agreement of parties, Mary Ida Townson, Chapter 13 Trustee, was served via the ECF electronic mail/noticing system

Amy Elizabeth Barnes
886 Wanda Circle SW
Marietta, GA 30008

SEE ATTACHED FOR ADDITIONAL LIST OF CREDITORS

Dated: February 18, 2021

                                                                                                        /s/

                                                      Shawn J. Eisenberg
                                                      Attorney for Debtor
                                                      Georgia Bar No. 128077
                                                      Eisenberg Law, LLC
                                                      P. O. Box 683153
                                                      Marietta, GA 30068

```
Label Matrix for local noticing        Bankamerica                            Amy Elizabeth Barnes
113E-1                                  450 American St                       886 Wanda Circle SW
Case 20-61126-sms                       Simi Valley, CA 93065-6285            Marietta, GA 30008-4504
Northern District of Georgia
Atlanta
Thu Feb 18 11:08:38 EST 2021

Brock & Scott, PLLC                     Capital One Auto Finan                Capital One Auto Finance, a division of Capi
4360 Chamblee Dunwoody Road             3901 Dallas Pkwy                      4515 N Santa Fe Ave. Dept. APS
Suite 310                               Plano, TX 75093-7864                  Oklahoma City, OK 73118-7901
Atlanta, GA 30341-1056


(p)CAPITAL ONE                          Child Support Enforcement             Division of Child Support Services- Cobb Cou
PO BOX 30285                            1000 Hurricane Shoals Road            590 Commerce Park Drive
SALT LAKE CITY UT 84130-0285            Building A 100                        Suite 112
                                        Lawrenceville, GA 30043-4826          Marietta, GA 30060-2738


Shawn J. Eisenberg                      Emory Medical Care Foundation         First Data
Eisenberg Law, LLC                      PO Box 10244                          265 Broad Hollow R
P. O. Box 683153                        Atlanta, GA 30368-0001                Melville, NY 11747-4833
Marietta, GA 30068-0053


(p)GEORGIA DEPARTMENT OF REVENUE        Grady Memorial Hospital               Internal Revenue Service
COMPLIANCE DIVISION                     80 Jesse Hill Jr Dr SE                PO Box 7346
ARCS BANKRUPTCY                         Atlanta, GA 30303-3050                Philadelphia, PA 19101-7346
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Laura and William Barnes                Mohela/dept Of Ed                     Northside Anesthesiology Consu
1710 Ashebark Lane                      633 Spirit Dr                         1000 Johnson Ferry Rd NE
Marietta, GA 30068-1857                 Chesterfield, MO 63005-1243           Atlanta, GA 30342-1606


One Advantage Llc                       PUBLIX EMPLOYEES FEDERAL CREDIT UNION Pay Pal Credit
7715 Nw 48 St Ste 100                   PO Box 1000                           PO Box 105658
Doral, FL 33166-5462                    Lakeland, FL 33802-1000               Atlanta, GA 30348-5658


Publix Employees Fed C                  (p)SCANA ENERGY MARKETING             (p)SETERUS INC
P O Box 1000                            3344 PEACHTREE ROAD                   PO BOX 619096
Lakeland, FL 33802-1000                 SUITE 2150                            DALLAS TX 75261-9096
                                        ATLANTA GA 30326-4808


D. Anthony Sottile                      (p)STATE COLLECTION SERVICE INC       The Bortolazzo Group
Sottile & Barile, LLC                   2509 S STOUGHTON RD                   PO Box 5518
394 Wards Corner Road, Suite 180        MADISON WI 53716-3314                 Athens, GA 30604-5518
Loveland, OH 45140-8362


Mary Ida Townson                        U.S. Bank Trust, N.A.                 United States Attorney
Chapter 13 Trustee                      c/o BSI Financial Services            Northern District of Georgia
Suite 1600                              1425 Greenway Drive, Suite 400        75 Ted Turner Drive SW, Suite 600
285 Peachtree Center Ave, NE            Irving, TX 75038-2480                 Atlanta GA 30303-3309
Atlanta, GA 30303-1259
```

Wellstar Cobb Hospital
3950 Austell Road
Austell, GA 30106-1121

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Georgia Department of Revenue
1800 Century Blvd
Suite 17200
Atlanta, GA 30345

SCANA Energy
220 Operation Way
Mail Code C222
Cayce, SC 29033

(d)Scana Energy Marketing
3344 Peachtree Rd Ne Ste
Atlanta, GA 30326

Seterus, Inc.
Attn: Bankruptcy Dept.
PO Box 1047
Hartford, CT 06143-1047

State Collection Services
2509 South Soughton Road
Madison, WI 53716-3314

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One Auto Finance, a division of Ca
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(u)U.S. Bank Trust, N.A.

End of Label Matrix
Mailable recipients    30
Bypassed recipients     2
Total                  32