**IT IS ORDERED as set forth below:**

**Date: April 21, 2021**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISON**

IN RE:

AMY ELIZABETH BARNES         :         CHAPTER 13
                              :
     Debtor.                  :         CASE NO.: 20-61126-SMS

**ORDER GRANTING DEBTOR'S MOTION TO SUSPEND PLAN PAYMENTS**
**FOR MARCH, APRIL AND MAY 2021**

This matter arose upon Debtor's "Motion to Suspend Plan Payments for March, April and May 2021" ("Motion"), filed in the above-styled Chapter 13 case on February 18, 2020 (Docket Entry No. 31).   The hearing on the Motion was held on March 30, 2021.  The Motion seeks to suspend Debtor's Chapter 13 plan payments for the months of March, April and May 2021, with a matching reduction in Plan base.  The Chapter 13 Trustee did not oppose the Motion and no appearances were made by any other party in

interest. After review of the record and the pleadings in this case and for good cause shown, it is hereby

**IT IS ORDERED** that Debtor's Motion is **GRANTED** the payments for March, April and May 2021 are suspended and there shall also be a matching reduction in the Chapter 13 Plan base. It is

**FURTHER ORDERED** that Debtor is to resume monthly plan payments pursuant to the terms of the Chapter 13 Plan beginning with the June 2021 plan payment.

**END OF DOCUMENT**

PREPARED BY:

/s/_____
Shawn J. Eisenberg
Georgia Bar No. 128077
Eisenberg Law, LLC
P. O. Box 683153
Marietta, GA 30068
Attorney for Debtor


No Opposition:

/s/_____
K. Edward Safir, Esq.
Georgia Bar No. 622149
Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740
Attorney for Chapter 13 Trustee

**DISTRIBUTION LIST**

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Amy Elizabeth Barnes
886 Wanda Circle SW
Marietta, GA 30008