**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: |
| **Amy Elizabeth Barnes,** | **20−61126−sms** |
| | CHAPTER: **13** |
| Debtor(s) | |

## NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

**Proposed Transferee:** U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II

**Proposed Transferor:** U.S. Bank Trust , N.A., as Trustee of the Igloo Series III Trust, a Delaware Trust

Owner of claim per Court records: U.S. Bank Trust , N.A., as Trustee of the Igloo Series III Trust, a Delaware Trust

Claim Number(s)  5

   Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.  Objections to this transfer, if any, must be filed with the

Clerk, U. S. Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

within twenty−one days from the date of this notice and a copy served upon the opposing party. If no objections are filed, the transferee will be substituted as the claimant in this case.

Dated January 20, 2022

M. Regina Thomas , Clerk of Court
U.S. Bankruptcy Court

Form 428