**IT IS ORDERED as set forth below:**

**Date: April 6, 2022**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

```
            UNITED STATES BANKRUPTCY COURT
            NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION

IN RE:  AMY ELIZABETH BARNES,      {   CHAPTER 13
                                   {
                                   {
        DEBTOR                     {   CASE NO. A20-61126-SMS
                                   {
                                   {   JUDGE: SIGLER
```

### ORDER DENYING MOTION TO DISMISS HELD MARCH 29, 2022

The above-styled matter came before the Court, and it appearing to the Court, that an agreement was made at the call of the Court's calendar, to a payment arrangement on a strict compliance basis.  It is

HEREBY ORDERED, that the regular Chapter 13 Plan payments shall be remitted to the Chapter 13 Plan, commencing with the next plan payment following the entry date of this Order and continuing for twelve (12) months following entry of this Order on a strict compliance basis.  It is

FURTHER ORDERED, that should a default occur with any of the above-stated terms the Trustee may submit a Supplemental Report recommending dismissal and on receipt of such report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice of hearing.

The Clerk of Court is directed to serve a copy of this Order on Debtor, the Debtor's Attorney, and the Chapter 13 Trustee.

End of Document

Presented by:

_____/s/_____
Albert C. Guthrie, Attorney
For Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
GA Bar No.:  142399
albertg@atlch13tt.com

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION

IN RE:  AMY ELIZABETH BARNES,       {  CHAPTER 13
                                    {
                                    {
        DEBTOR                      {  CASE NO. A20-61126-SMS
                                    {
                                    {  JUDGE: SIGLER
```

**DISTRIBUTION LIST**

```
K. EDWARD SAFIR, CHAPTER 13 TRUSTEE
285 PEACHTREE CENTER AVE, NE
SUITE 1600
ATLANTA, GA 30303

AMY ELIZABETH BARNES
886 WANDA CIRCLE, SW
MARIETTA, GA 30008

EISENBERG LAW, LLC
P.O. BOX 683153
MARIETTA, GA 30068
```