**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                          CASE: A20-61126-SMS

AMY ELIZABETH BARNES                            CHAPTER 13

                                                JUDGE SAGE M. SIGLER

Debtor.


**Trustee's Motion to Dismiss Case for Failure to Make Plan Payments**

COMES NOW K. EDWARD SAFIR, Standing Chapter 13 Trustee herein, and files this his Motion to Dismiss Case for Failure to Make Plan Payments, respectfully showing the Court the following.

1.

The Debtor filed for relief under Chapter 13 of Title 11 on January 21, 2020.

2.

The Debtor has failed to comply with the terms of the confirmed plan. As of October 20, 2023, the Debtor should have paid $14,965.00. The Debtor has paid a total of $13,086.03, causing a delinquency of $1,878.97. The Trustee has not received any plan payments in this case since August 17, 2023.

3.

The Debtor's case will extend longer than sixty (60) months, contrary to 11 U.S.C. § 1322(d).

WHEREFORE, the Chapter 13 Trustee requests this case be dismissed.


Dated: 10/26/2023                                        Respectfully submitted,


                                                        _/s/_____
                                                        Deborah A. Reece, Esq.
                                                        for the Chapter 13 Trustee
                                                        GA Bar No. 283016
                                                        285 Peachtree Center Ave, Suite 1600
                                                        Atlanta, GA  30303-1229
                                                        deborahr@atlch13tt.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                    **CASE: A20-61126-SMS**

**AMY ELIZABETH BARNES**              **CHAPTER 13**

                                         **JUDGE SAGE M. SIGLER**

Debtor.

**<u>Notice of Hearing on Trustee's Motion to Dismiss Case for Failure to Make Plan Payments</u>**

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss Case for Failure to Make Plan Payments with the Court seeking an order of dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion to Dismiss Case at 9:45 AM on December 05, 2023 in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA, 30303, which may be attended in person or via the Court's Virtual Hearing Room.  You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing.  You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise.  Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is

received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 75 Ted Turner Drive, SW, Suite 1340, Atlanta, GA, 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: 10/26/2023

Respectfully submitted,

_/s/_____
Deborah A. Reece, Esq.
for the Chapter 13 Trustee
GA Bar No. 283016
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
deborahr@atlch13tt.com

A20-61126-SMS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I electronically filed the foregoing Motion to Dismiss Case for Failure to Make Plan Payments with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

AMY ELIZABETH BARNES
886 WANDA CIRCLE SW
MARIETTA, GA 30008

Dated: October 26, 2023

Respectfully submitted,


_/s/_____
Deborah A. Reece, Esq.
for the Chapter 13 Trustee
GA Bar No. 283016
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
(404) 525-1110
deborahr@atlch13tt.com