**IT IS ORDERED as set forth below:**

**Date: February 20, 2024**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-61126-SMS |
| | § | |
| AMY ELIZABETH BARNES, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| U.S. BANK TRUST NATIONAL | § | |
| ASSOCIATION, NOT IN ITS | § | |
| INDIVIDUAL CAPACITY, BUT SOLELY | § | |
| AS TRUSTEE OF LSRMF MH MASTER | § | |
| PARTICIPATION TRUST II, | § | |
|    Movant, | § | CONTESTED MATTER |
| v. | § | |
| | § | |
| AMY ELIZABETH BARNES, | § | |
| K. EDWARD SAFIR, Trustee, | § | |
|    Respondents. | § | |

**ORDER**

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSRMF MH MASTER PARTICIPATION TRUST II's ("MOVANT") *Motion for Relief from Stay* (Docket # 47) came on regularly for hearing on March 14, 2023. The Court entered an order requiring the Debtor to make current post

petition payments and additional payments to cure post-petition arrearages directly to MOVANT. Otherwise, Debtor agreed that MOVANT could proceed with sending a Delinquency Notice to be cured within ten (10) days. Upon the Debtor's failure to cure such Delinquency Notice or upon delinquency after two Delinquency Notices, MOVANT is entitled to file a motion containing specific allegations of the delinquency, along with a copy of the Delinquency Notice sent pursuant to the Default Paragraph and a proposed order. An affidavit setting forth the default may also be attached to such motion. Upon presentation to the Court of such a motion, the Court may enter an order modifying the automatic stay without hearing.

It now being made to appear to the Court that the Debtor has failed to make payments to MOVANT pursuant to the Order and that MOVANT's motion filed February 6, 2024, is proper, it is hereby

ORDERED that the stay afforded by 11 U.S.C. Section 362 be and hereby is modified so that MOVANT may take such action with respect to that certain property known as 886 WANDA CIRCLE SOUTHWEST, MARIETTA, GEORGIA 30088 as is authorized by contract and State law. MOVANT shall remit to the Trustee such funds as exceed MOVANT's claim under the Note and Security Deed, if any, upon foreclosure of the property. Upon entry of this Order, Trustee shall cease funding any claim filed by Movant.

**END OF DOCUMENT**

PRESENTED BY:
BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP

BY: /s/ Brandi R. Lesesne
BRANDI R. LESESNE, GA NO. 141970
4004 BELT LINE ROAD, SUITE 100
ADDISON, TX 75001
TELEPHONE: (972) 386-5040
E-MAIL: GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

## DISTRIBUTION LIST

DEBTOR:
Amy Elizabeth Barnes
886 Wanda Circle SW
Marietta, GA 30008

TRUSTEE:
K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

DEBTOR'S ATTORNEY:
Shawn J. Eisenberg
Eisenberg Law, LLC
P. O. Box 683153
Marietta, GA 30068

Howard P Slomka
Howard Slomka PC
Suite 200
6400 Powers Ferry Road NW
Atlanta, GA 30339

PARTY IN INTEREST:
BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
4004 BELT LINE ROAD, SUITE 100
ADDISON, TX 75001