**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE: A20-61126-SMS |
| AMY ELIZABETH BARNES | CHAPTER 13 |
| | JUDGE SAGE M. SIGLER |
| Debtor | |

**TRUSTEE'S SUPPLEMENTAL REPORT**
**FOLLOWING JUNE 11, 2024 MOTION TO DISMISS HEARING**

At the hearing on the Trustee's Motion to Dismiss on June 11, 2024, the Trustee announced an agreement that the Debtor would do the following within 10 days:

• pay $2,000.00 to the Trustee

Upon failure of the Debtor to comply with the above, the Trustee may request dismissal by filing a Supplemental Report.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND ADVISES THE FOLLOWING:**

• Debtor has failed to remit $2,000.00

**As the Debtor has not complied with the agreement, please enter an Order of Dismissal.**

Respectfully submitted,

 /s/
Albert C. Guthrie, Esq.
for the Chapter 13 Trustee
GA Bar No. 142399
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
(404) 525-1110
albertg@atlch13tt.com

A20-61126-SMS

### CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

HOWARD SLOMKA, PC

EISENBERG LAW, LLC

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

AMY ELIZABETH BARNES
886 WANDA CIRCLE SW
MARIETTA, GA 30008

This 3rd day of July, 2024

Respectfully submitted,

 /s/
Albert C. Guthrie, Esq.
for the Chapter 13 Trustee
GA Bar No. 142399
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
(404) 525-1110
albertg@atlch13tt.com